IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTERPOINT ENERGY-MISSISSIPPI RIVER TRANSMISSION CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 04-639-GPM ) |
| STEIN STEEL MILL SERVICES, INC., | ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, Honorable G. Patrick Murphy, Chief Judge, presiding, and the issues having been heard and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered on August 25, 2005, judgment is entered in favor of Plaintiff and against Defendant on the claims of the complaint. *Doc. 39*.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's ruling on damages pursuant to Federal Rule of Civil Procedure 52 on November 28, 2005, judgment is entered in favor of Plaintiff and against Defendant in the amount of $117,027.46.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff is awarded its costs.

**DATED**: 11/28/2005

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
     Deputy Clerk

APPROVED: s/ G. Patrick Murphy
     G. PATRICK MURPHY
     CHIEF U.S. DISTRICT JUDGE